
FILED
FEB 13 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON EMMANUEL FALLS DOWN, *aka Cameron Emmanuel Gutierrez*, PEARLIEJO SAMANTHA OLD DWARF, JAYLEN MIGUAL MEDICINE BULL, and JERRAY EUGENE ROWLAND,<br><br>Defendants. | CR 17-04-BLG-SPW-1, -4<br><br>ORDER |

Upon the United States' Motion by Interlineation to Change the Name **DRAVEN PATRICK ROWLAND** to **JERRAY EUGENE ROWLAND** and the name **CAMERON EMANUEL FALLS DOWN** to **CAMERON EMMANUEL FALLS DOWN** *aka Cameron Emmanuel Gutierrez* (Doc. 30) throughout the indictment, and for good cause being shown,

1

IT IS HEREBY ORDERED that the name **DRAVEN PATRICK ROWLAND** will be changed to **JERRAY EUGENE ROWLAND** and the name **CAMERON EMANUEL FALLS DOWN** to **CAMERON EMMANUEL FALLS DOWN** *aka Cameron Emmanuel Gutierrez* throughout the indictment.

DATED this 13th day of February, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge